## B. F. NOAH v. STATE.

No. A-1254.   Opinion Filed December 14, 1912.

TRIAL—Joint Indictment—Severance.   Alex Bates v. State, ante, just decided, reaffirmed.

(Syllabus by the Court.)

*Appeal from District Court, Blaine County;*
*James R. Tolbert, Judge.*

Appellant was jointly prosecuted in the district court of Blaine county with Alex Bates for cow-stealing.   On motion of the state a severance was granted by the trial court and Bates was tried first.   Appellant was duly found guilty by the jury and his punishment was assessed at one year and six months' confinement in the county jail.   Appealed.   Affirmed.

*W. O. Woolman,* for appellant.

*Smith C. Matson,* Asst. Atty. Gen., *A. L. Emory,* Co. Atty., and *Seymour Foose,* for the State.

FURMAN, P. J.   This is a companion case to the case of *Alex Bates v. State, ante,* in which both defendants were jointly prosecuted for the theft of cattle and a severance was granted by the trial court to the state upon the request of the county attorney.   This is not an open question in Oklahoma.   See *Bates v. State, ante,* and *Dan Anderson v. State, ante.*

From the evidence in this case we do not see how any jury could come to any other conclusion than that both of these defendants are guilty of cow-stealing.   We find no material error in the record.   The judgment of the lower court is, therefore, in all things affirmed.

ARMSTRONG and DOYLE, JJ., concur.